NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAPAN CASH MACHINE CO., LTD. and JCM AMERICAN CORP.,**
*Plaintiffs-Appellants,*

**v.**

**MEI, INC.,**
*Defendant-Cross Appellant.*

---

2010-1069,-1070

---

Appeal from the United States District Court for the District of Nevada in No. 05-CV-1433, Judge Robert C. Jones.

---

**JUDGMENT**

---

DAVID B. ABEL, DLA Piper US LLP, of Los Angeles, California, argued for plaintiffs-appellants. Of counsel on the brief was MICHAEL D. ROUNDS, Watson Rounds, of Reno, Nevada.

MICHAEL T. RENAUD, Pepper Hamilton LLP, of Boston, Massachusetts, argued for defendant-cross appellant. With him on the brief were RUSSELL J. BARRON and LANA A. GLADSTEIN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (GAJARSA, LINN, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 8, 2010          /s/ Jan Horbaly
Date                                  Jan Horbaly
                                         Clerk